

**FOWLERS HOLDINGS**

Lenoir City, TN

**March 2013**

# Table of Contents

| Report Name | Page # |
| --- | --- |
| Property Status Report | -1- |
| Aged Payables | -2- |
| Open Funding Request | -3- |
| Revised 2013 Budget | -9- |
| Bank Statement – Operating Account | -10- |

GlassRatner Management & Realty Advisors LLC



**GLASSRATNER**
MANAGEMENT & REALTY ADVISORS

**Fowler Holdings - 14542 El Camino Lane, Lenoir City, TN 37771**
**Status Report**

As of: 04/17/13

The property consists of a fully occupied 128,016 sf warehouse building and 80 sf free-standing single room storage shed located on 53.07 acres. Fowler Furniture occupies 125,516 sf and 730 WLIL radio station occupies 2,500 sf in the main building. The storage shed is occupied by Computerman Laptop & Computer Repair. GlassRatner was appointed Receiver on February 5, 2013.

| SUBJECT | TASK DESCRIPTION | STATUS |
|---|---|---|
| Site and Exterior | Tenant/borrower has been maintaining the site and building exterior which are both in good condition. | Complete |
| Leasing | • The lease between Fowler Holdings and Fowler Furniture began on 7/1/2012 and provides for a rent payment of $30,000/month until 12/31/17 with landlord repairs limited to structural repairs, plumbing and/or piping outside of the demised space. Borrower is paying monthly rent to lender directly.<br>• No lease is available for 730 WLIL and the station's broadcaster (Norm) did not have any details of the lease arrangement. He did comment that the station was owned by Don Fowler.<br>• No lease was presented for shed occupied by Computerman Laptop & Computer Repair. The owner (Clyde) indicated that he had a monthly payment arrangement directly with Don Fowler and would not share details. Counsel for borrower, Dean Farmer, indicated that the tenant provides security for the lot and building in lieu of rent. | No rent collection is anticipated as borrower is paying monthly rent to lender directly. |
| Fire and Life Safety | • Lease does not directly address which party is responsible for fire sprinkler, interior pool/reservoir and alarm maintenance and compliance, however it is the Receiver's understanding that the Tenant is responsible for these items.<br>• At takeover, GlassRatner noticed outdated or missing inspection tags on the fire sprinkler system, fire alarm system and fire extinguishers.<br>• GlassRatner dispatched the previous sprinkler inspection company (State Sprinkler) to perform the annual inspection and also contacted the fire and burglar alarm monitoring company (Alarm Specialty) that services the onsite equipment. Specialty Alarm indicated that the annual fire alarm inspection has been refused by tenant/borrower for several years. Since Specialty Alarm also services the company's burglar alarms which are on the same panel as the fire alarm, the tenant/borrower would need to coordinate the inspection directly with Specialty Alarm since it requires pass codes to access.<br>• Advised tenant to service extinguishers directly which is customary for industrial tenants. | Tenant/borrower indicated they would pay the $500 annual fire sprinkler inspection fee to State Sprinkler and Alarm Specialty as well as the required repairs noted in the annual report which tenant/borrower already authorized directly. |
| Utilities | Tenant/borrower contracts directly for all necessary utilities to the property. | Complete |
| Insurance | • Receiver placed a property and general liability policy through AON immediately upon being appointed Receiver. This policy was subsequently cancelled in April 2013 after receiving confirmation from CertusBank that tenant/borrower's policy provides adequate coverage.<br>• Borrower's policy includes:<br>  - Property ($4.75M) and Commercial Liability – Auto-Owners Insurance Co, Policy No. 03096527-13, effective 2/1/13 to 2/1/14 | A request was made to borrower's insurance agent to add GlassRatner Advisory & Capital Group, GlassRatner Management & Realty Advisors and Ronald L. Glass as additional insured. Only GlassRatner Management and Realty Advisors was added and only as a certificate holder, not as an additional insured. Request was resent to add the remaining two entities and ensure all are included as additional insured. Agent was waiting on the original endorsement to be received before modifying for the additional insured. |
| Real Estate Taxes | • Loudon County Property ID# 004 00400 000; all taxes up to date; 2012 bill of $102 paid on 12/26/12<br>• Loudon County Property ID# 004 00400 001; all taxes up to date; 2012 bill of $25,478 paid on 12/21/12 | Assumption is that tenant/borrower will pay 2013 taxes due in December as they did in 2012 and as stipulated in the lease. |

Payables Aging Report
6700
Period: 03/2013
As of : 03/22/2013

| | | | | | | | | | | | GL Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| aon | AON Risk Services Inc. of Florida | GL Insurance | P-36725 | 6227 | 6700 | 3/14/2013 | 7095-0000 Property Insurand07-3633 Fowlei | 4,203.42 | 4,203.42 | 0.00 | 0.00 | 0.00 |
| Total aon | | | | | | | | 4,203.42 | 4,203.42 | 0.00 | 0.00 | 0.00 |
| grrealty | GlassRatner Management Realty Advisors | | | | | | | | | | | |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6110-0000 Utilities-Telephone FEB2013 Fowle | 5.71 | 5.71 | 0.00 | 0.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6334-0000 Management - Se FEB2013 Fowle | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6340-0000 Receiver Fees  IFEB2013 Fowle | 1,780.00 | 1,780.00 | 0.00 | 0.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6495-0000 Auto/Mileage Reir FEB2013 Fowle | 175.21 | 175.21 | 0.00 | 0.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6525-0000 Travel /Meals   IFEB2013 Fowle | 169.27 | 169.27 | 0.00 | 0.00 | 0.00 |
| Total grrealty | | | | | | | | 5,130.19 | 5,130.19 | 0.00 | 0.00 | 0.00 |
| seaspe | Seattle Specialty Insurance Services Inc | | | | | | | | | | | |
| | | | P-36011 | 6114 | 6700 | 3/8/2013 | 7095-0000 Property Insurand142 March Fow | 4,553.27 | 4,553.27 | 0.00 | 0.00 | 0.00 |
| | | | P-36724 | 6227 | 6700 | 3/1/2013 | 7095-0000 Property Insurand42 February Fo | 4,553.27 | 4,553.27 | 0.00 | 0.00 | 0.00 |
| Total seaspe | | | | | | | | 9,106.54 | 9,106.54 | 0.00 | 0.00 | 0.00 |
| Grand Total | | | | | | | | 18,440.15 | 18,440.15 | 0.00 | 0.00 | 0.00 |

GlassRatner Management & Realty Advisors, LLC

2



## GLASSRATNER
MANAGEMENT & REALTY ADVISORS

**Fowler Holdings**
**Funding Request**
**Date of Request: 3/22/2013**

| | |
|---|---:|
| Open Accounts Payable - see attached | 18,440.15 |
| Banking Start-Up Fees and monthly service charges | 500.00 |
| | 18,940.15 |

Less Cash On Hand                                                              -

**FUNDING REQUEST**                                                $  18,940.15

**WIRE INSTRUCTIONS**
Account Name:  GR MGMT for Fowlers Holding - Operating Acct
Account #  1509126080
Routing #  121000248
Bank Name:  Wells Fargo
Bank contact:  Anne Cross
Phone: 404-842-2883

Payables Aging Report
6700
Period: 03/2013
As of : 03/22/2013

| | | | | | | | | | | | | GL Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **aon** | **AON Risk Services Inc. of Florida** | GL Insurance | P-36725 | 6227 | 6700 | 3/14/2013 | 7095-0000 Property Insurand07-3633 Fowler | 4,203.42 | 4,203.42 | 0.00 | 0.00 | 0.00 GL Insurance |
| **Total aon** | | | | | | | | 4,203.42 | 4,203.42 | 0.00 | 0.00 | 0.00 |
| **grrealty** | **GlassRatner Management Realty Advisors** | | | | | | | | | | | |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6110-0000 Utilities-TelephonFEB2013 Fowle | 5.71 | 5.71 | 0.00 | 0.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6334-0000 Management - SelFEB2013 Fowle | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6340-0000 Receiver Fees  tFEB2013 Fowle | 1,780.00 | 1,780.00 | 0.00 | 0.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6495-0000 Auto/Mileage ReitFEB2013 Fowle | 175.21 | 175.21 | 0.00 | 0.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6525-0000 Travel /Meals    tFEB2013 Fowle | 169.27 | 169.27 | 0.00 | 0.00 | 0.00 |
| **Total grrealty** | | | | | | | | 5,130.19 | 5,130.19 | 0.00 | 0.00 | 0.00 |
| **seaspe** | **Seattle Specialty Insurance Services Inc** | | | | | | | | | | | |
| | | | P-36011 | 6114 | 6700 | 3/8/2013 | 7095-0000 Property Insurand142 March Fow | 4,553.27 | 4,553.27 | 0.00 | 0.00 | 0.00 |
| | | | P-36724 | 6227 | 6700 | 3/1/2013 | 7095-0000 Property Insurand42 February Fo | 4,553.27 | 4,553.27 | 0.00 | 0.00 | 0.00 |
| **Total seaspe** | | | | | | | | 9,106.54 | 9,106.54 | 0.00 | 0.00 | 0.00 |
| **Grand Total** | | | | | | | | 18,440.15 | 18,440.15 | 0.00 | 0.00 | 0.00 |



Aon Risk Services Inc of Florida
1001 Brickell Bay Drive, Suite 1100
Miami, FL 33131-4937
305 961.6019

# PAYMENT ADVICE

DATE: March 1, 2013

**For:** Fowlers
14542 El Camino Ln
Lenoir City, TN 37771

**Mail To:** Seattle Specialty Insurance Services, Inc.
PO Box 1108
Everett, WA 98206

| EFFECTIVE | EXPIRATION | POLICY # | DUE DATE | TOTAL INSURABLE VALUE |
|---|---|---|---|---|
| | | 8024142 | ASAP | $12,801,600 |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **Great American E&S Insurance Company** | | |
| February Monthly Premium Property Charge | | $4,378.15 |
| Surplus Lines Taxes (4%) | Property: Fowlers | $175.13 |
| | GL Code: 7095 /M | |
| Installment 12 - Effective 2/1/13 | Approved by: | |
| | Date: | |
| Please make check payable to: Seattle Specialty Insurance Services, Inc. | | |
| Ref: GlassRatner Management & Realty Advisors, LLC | | |
| ENTER | | |
| | **TOTAL DUE** | **$4,553.27** |

THANK YOU FOR YOUR BUSINESS!

*Aon Risk Services, Inc., of Florida*
1001 BrickellBay Drive • Suite 1100 • Miami, Florida 33131-4937
www.aon.com

5



## GLASSRATNER
### MANAGEMENT & REALTY ADVISORS

**Fowler Holdings Receivership**
c/o GlassRatner, Receiver
3424 Peachtree Road, #2150
Atlanta, GA, 30326

Date: 2/28/2013
Assignment Code: t0008257
Invoice: GRFEB2013

| Date | Description | Charges |
|---|---|---|
| 02/28/13 | Startup Fee | 3,000.00 |
| 02/28/13 | February 2013 Rcvr Fee (Prorated) | 1,780.00 |
| 02/28/13 | Lodging | 122.28 |
| 02/28/13 | Meals | 46.99 |
| 02/28/13 | Telephone | 5.71 |
| 02/28/13 | Auto/Trans | 175.21 |

**Total Invoiced: $5,130.19**


ENTERED


Enter all fees please
do not book up
this invoice

Tax ID Number: 27-0110701

Wiring Instructions:
Bank: Bank of America ABA Num: 026009593 Accnt Num: 334037062866
Accnt Name: GlassRatner Management & Realty Advisors LLC

**GlassRatner Management & Realty Advisors, LLC**
3391 Peachtree Rd., NE, Suite 410, Atlanta, GA 30326 | Tel: 678.904.1990 Fax: 678.904.1991 | www.glassratner.com



Aon Risk Services Inc of Florida
1001 Brickell Bay Drive, Suite 1100
Miami, FL 33131-4937
305.961.6019

# PAYMENT ADVICE

DATE: March 8, 2013

**For:** Fowlers
14542 El Camino Ln
Lenoir City, TN 37771

**Mail To:** Seattle Specialty Insurance Services, Inc.
PO Box 1108
Everett, WA 98206

| EFFECTIVE | EXPIRATION | POLICY # | DUE DATE | TOTAL INSURABLE VALUE |
|---|---|---|---|---|
| 03/01/13 | 03/01/14 | 8024142 | ASAP | $12,801,600 |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **Great American E&S Insurance Company** | | |
| March Monthly Premium Property Charge | | $4,378.15 |
| Surplus Lines Taxes (4%) | | $175.13 |
| Installment 1 - Effective 3/1/13 | | |
| Please make check payable to: Seattle Specialty Insurance Services, Inc. | | |
| Ref: GlassRatner Management & Realty Advisors, LLC | | |
| | TOTAL DUE | $4,553.27 |

ENTERED

THANK YOU FOR YOUR BUSINESS!

*Aon Risk Services, Inc., of Florida*
1001 BrickellBay Drive • Suite 1100 • Miami, Florida 33131-4937
www.aon.com



7



Aon Risk Services Inc of Florida
1001 Brickell Bay Drive, Suite 1100
Miami, FL 33131-4937
305.961.6019

# PAYMENT ADVICE

DATE: March 14, 2013

**For:** Fowlers
14542 El Camino Ln
Lenoir City TN 37771

**Mail To:** Aon Risk Services Inc. of Florida
1001 Brickell Bay Drive, Suite 1100
Miami, FL 33131-4937

| EFFECTIVE | EXPIRATION | POLICY # | DUE DATE | TOTAL EXPOSURE |
|---|---|---|---|---|
| 03/01/13 | 03/01/14 | 0307-3633 | ASAP | 128,016 Square Footage |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **Allied World National Assurance Company** <br><br> General Liability Charge -- ($32.77 per 1,000 sq. ft) <br><br> Policy Administration Charge <br><br><br> Renewal – March 1, 2013 to March 1, 2014 <br><br> Please make check payable to: Aon Risk Services Inc. of Florida. <br><br> Ref: GlassRatner Management & Realty Advisors, LLC – Client No. 57-54733 | Property: Fowlers <br> GL Code: 7095 <br> Approved by: _____ <br> Date: _____ | $4,195.08 <br><br> $8.33 |
| **Wire Instructions:** <br> Bank Name: Northern Trust Company <br> Bank Address: 50 South LaSalle, Chicago, Illinois 60675 <br> ABA Number: 071000152 <br> SWIFT Number: CNORUS44 <br> Account Name: Aon Risk Services, Inc of Illinois <br> Account Number: 30215288 | ENTERED | |
| | **TOTAL DUE** | $4,203.42 |

THANK YOU FOR YOUR BUSINESS!

---

*Aon Risk Services, Inc., of Florida*
1001 BrickellBay Drive • Suite 1100 • Miami, Florida 33131-4937
www.aon.com

JM
3/20/13
GL: 7090

8

GlassRatner Management & Realty Advisors LLC
Fowler Holdings - 14642 El Camino Lane, Lenoir City, TN 37771
2013 Revised Budget

Date Prepared: 04/17/2013

| | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| Rental Income | - | - | - | - | - | - | - | - | - | - | - | [1] |
| Total Rental Income | - | - | - | - | - | - | - | - | - | - | - | |
| **Operating Expenses** | | | | | | | | | | | | |
| **Administrative** | | | | | | | | | | | | |
| Bank Charges | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,500 | |
| Travel Expenses | - | - | 500 | - | 500 | - | 500 | - | 500 | - | 2,000 | |
| Postage | - | 25 | - | 25 | - | 25 | - | 25 | - | 25 | 125 | |
| Phone | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 100 | |
| Receiver Fees | 5,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 23,000 | |
| Total Administrative | 5,260 | 2,285 | 2,760 | 2,285 | 2,760 | 2,285 | 2,760 | 2,285 | 2,760 | 2,285 | 27,725 | |
| **Property Maintenance & Repairs** | | | | | | | | | | | | |
| Landscaping | - | - | - | - | - | - | - | - | - | - | - | [2] |
| Fire Sprinkler & Alarm Inspection | - | - | - | - | - | - | - | - | - | - | - | [2] |
| Fire Alarm Monitoring | - | - | - | - | - | - | - | - | - | - | - | [2] |
| Total Maintenance & Repairs | - | - | - | - | - | - | - | - | - | - | - | [2] |
| Contingency | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,500 | |
| Total Operating Expenses | 5,510 | 2,535 | 3,010 | 2,535 | 3,010 | 2,535 | 3,010 | 2,535 | 3,010 | 2,535 | 30,225 | |
| NOI (Deficit) before RE Taxes & Insurance | (5,510) | (2,535) | (3,010) | (2,535) | (3,010) | (2,535) | (3,010) | (2,535) | (3,010) | (2,535) | (30,225) | |
| **Real Estate Taxes and Insurance** | | | | | | | | | | | | |
| 2013 Loudon County Taxes | - | - | - | - | - | - | - | - | - | - | - | [3] |
| Insurance - Property/Liability/Umbrella | - | 13,310 | - | - | - | - | - | - | - | - | 13,310 | [4] |
| Total Property Taxes | - | 13,310 | - | - | - | - | - | - | - | - | 13,310 | |
| NOI (Deficit) after RE Taxes | (5,510) | (15,845) | (3,010) | (2,535) | (3,010) | (2,535) | (3,010) | (2,535) | (3,010) | (2,535) | (43,535) | |

**Footnotes:**
[1] Based on assumption that tenant will continue paying CertusBank directly
[2] Based on conversations with tenant/borrower that Fowler holdings will assume responsibility, although it is not specified in lease.
[3] 2012 property taxes of $25,580 were paid directly by borrower. Assumption is that borrower will also pay 2013 taxes when due in December.
[4] Receiver placed Aon property and general liability policy canceled in April 2013 after receiving confirmation from CertusBank that tenant/borrower's policy provides adequate coverage. Receiver named as additional insured on tenant/borrower's policy. Charges shown in April 2013 include $4,203.42 for GL (fully earned) and $4,553.27/mo for property coverage for February and March 2013.

9   GlassRatner Management & Realty Advisors, LLC

# Analyzed Business Checking

Account number:  **1509126080**  ■  March 11, 2013 - March 31, 2013  ■  Page 1 of 2



GR MANAGEMENT LLC
FOWLERS HOLING LLLP-OPERATING
3391 PEACHTREE RD NE STE 110
ATLANTA GA 30326-1014

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
City of Atlanta Business Bkg
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1509126080 | $0.00 | $0.00 | $0.00 | $0.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 03/11 | 0.00 |

**Average daily ledger balance**     $0.00



## IMPORTANT ACCOUNT INFORMATION

Fees effective April 1, 2013
- Cashier's check - $10 each
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Cashed/Deposited Item Returned Unpaid - $12 per item
- Re-deposited item - $8 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each
- Wire Transfers - Incoming domestic/internal transfer - $15 each

Please note: Some fees may be changing while others are already effective in your state.

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Account number: **1509126080**   ■   March 11, 2013 - March 31, 2013   ■   Page 2 of 2



---

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**11**

Sheet Seq = 0000102
Sheet 00002 of 00002