

**GLASSRATNER**
MANAGEMENT & REALTY ADVISORS

---

### FOWLERS HOLDINGS

**Lenoir City, TN**

**April 2013**

---

# Table of Contents

| Report Name | Page # |
| --- | --- |
| Property Status Report | -3- |
| Balance Sheet | -4- |
| Budget Comparison | -5- |
| Trial Balance | -6- |
| Aged Payables | -7- |
| Bank Reconciliation | -8- |
| Bank Statement – Operating Account | -9- |

GlassRatner Management & Realty Advisors LLC

2



**GLASSRATNER**
MANAGEMENT & REALTY ADVISORS

**Fowler Holdings - 14542 El Camino Lane, Lenoir City, TN 37771**
**Status Report**

As of: 05/08/13

The property consists of a fully occupied 128,016 sf of warehouse building and 80 sf free-standing single room storage shed located on 53.07 acres. Fowler Furniture occupies 125,516 sf and 730 WLIL radio station occupies 2,500 sf in the main building. The storage shed is occupied by Computerman Laptop & Computer Repair. GlassRatner was appointed Receiver on February 5, 2013.

| SUBJECT | TASK DESCRIPTION | STATUS |
|---|---|---|
| Site and Exterior | Tenant/borrower has been maintaining the site and building exterior which are both in good condition. | Complete |
| Leasing | • The lease between Fowler Holdings and Fowler Furniture began on 7/1/2012 and provides for a rent payment of $30,000/month until 12/31/17 with landlord repairs limited to structural repairs, plumbing and/or piping outside of the demised space. Borrower is paying monthly rent to lender directly.<br>• No lease is available for 730 WLIL and the station's broadcaster (Norm) did not have any details of the lease arrangement. He did comment that the station was owned by Don Fowler.<br>• No lease was presented for shed occupied by Computerman Laptop & Computer Repair. The owner (Clyde) indicated that he had a monthly payment arrangement directly with Don Fowler and would not share details. Counsel for borrower, Dean Farmer, indicated that the tenant provides security for the lot and building in lieu of rent. | No rent collection is anticipated as borrower is paying monthly rent to lender directly. |
| Fire and Life Safety | • Lease does not directly address which party is responsible for fire sprinkler, interior pool/reservoir and alarm maintenance and compliance, however it is the Receiver's understanding that the Tenant is responsible for these items.<br>• At takeover, GlassRatner noticed outdated or missing inspection tags on the fire sprinkler system, fire alarm system and fire extinguishers.<br>• GlassRatner dispatched the previous sprinkler inspection company (State Sprinkler) to perform the annual inspection and also contacted the fire and burglar alarm monitoring company (Alarm Specialty) that services the onsite equipment. Specialty Alarm indicated that the annual fire alarm inspection has been refused by tenant/borrower for several years. Since Specialty Alarm also services the company's burglar alarms which are on the same panel as the fire alarm, the tenant/borrower would need to coordinate the inspection directly with Specialty Alarm since it requires pass codes to access.<br>• Advised tenant to service extinguishers directly which is customary for industrial tenants. | Tenant/borrower indicated they would pay the $500 annual fire sprinkler inspection fee to State Sprinkler and Alarm Specialty as well as the required repairs noted in the annual report  which tenant/borrower already authorized directly. |
| Utilities | Tenant/borrower contracts directly for all necessary utilities to the property. | Complete |
| Insurance | • Receiver placed a property and general liability policy through AON immediately upon being appointed Receiver. This policy was subsequently cancelled in April 2013 after receiving confirmation from CertusBank that tenant/ borrower's policy provides adequate coverage.<br>• Borrower's policy includes:<br>  - Property ($4.75M) and Commercial Liability – Auto-Owners Insurance Co. Policy No. 03096527-13, effective 2/1/13 to 2/1/14 | A request was made to borrower's insurance agent to add GlassRatner Advisory & Capital Group, GlassRatner Management & Realty Advisors and Ronald L. Glass as additional insured.  Only GlassRatner Management and Realty Advisors was added and only as a certificate holder, not as an additional insured.<br>Request was resent to add the remaining two entities and ensure all are included as additional insured.  Agent was waiting on the original endorsement to be received before modifying for the additional insured. |
| Real Estate Taxes | • Loudon County Property ID# 004 00400 000; all taxes up to date, 2012 bill of $102 paid on 12/26/12<br>• Loudon County Property ID# 004 00400 001; all taxes up to date, 2012 bill of $25,478 paid on 12/21/12 | Assumption is that tenant/borrower will pay 2013 taxes due in December as they did in 2012 and as stipulated in the lease. |

3

GlassRatner Management & Realty Advisors LLC

Fowlers Holdings (6700)
## Balance Sheet
Period = Apr 2013

Book = Cash ; Tree = ysi_bs

|  | Current Balance |
|---|---|
| ASSETS | |
| CASH | |
| Cash - Operating | 18,777.12 |
| TOTAL CASH | 18,777.12 |
| TOTAL ASSETS | 18,777.12 |
| LIABILITIES AND CAPITAL | |
| CAPITAL | |
| Contribution - Owner/Lender | 18,940.15 |
| Current Year Earnings | -163.03 |
| TOTAL CAPITAL | 18,777.12 |
| TOTAL LIABILITIES AND CAPITAL | 18,777.12 |

Fowlers Holdings (6700)
**Budget Comparison**
Period = Apr 2013
Book = Cash ; Tree = ysl_is

| | PTD Actual | PTD Budget | Variance | % Var | YTD Actual | YTD Budget | Variance | % Var | Annual |
|---|---|---|---|---|---|---|---|---|---|
| OPERATING EXPENSES | | | | | | | | | |
| COMMERCIAL EXPENSES | | | | | | | | | |
| REPAIRS AND MAINTENANCE | | | | | | | | | |
| Landscaping | 0.00 | 400.00 | 400.00 | 100.00 | 0.00 | 800.00 | 800.00 | 100.00 | 4,000.00 |
| Miscellaneous | 0.00 | 500.00 | 500.00 | 100.00 | 0.00 | 1,000.00 | 1,000.00 | 100.00 | 5,000.00 |
| TOTAL REPAIRS AND MAINTENANCE | 0.00 | 900.00 | 900.00 | 100.00 | 0.00 | 1,800.00 | 1,800.00 | 100.00 | 9,000.00 |
| INSPECTIONS | | | | | | | | | |
| Fire and Life Safety Inspection | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 1,000.00 | 1,000.00 | 100.00 | 1,000.00 |
| Fire and Life Safety Monitoring | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 200.00 | 200.00 | 100.00 | 1,000.00 |
| TOTAL INSPECTIONS | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 1,200.00 | 1,200.00 | 100.00 | 2,000.00 |
| UTILITIES | | | | | | | | | |
| Utilities-Telephone/Internet/Answering Service | 0.00 | 10.00 | 10.00 | 100.00 | 0.00 | 20.00 | 20.00 | 100.00 | 100.00 |
| TOTAL UTILITIES | 0.00 | 10.00 | 10.00 | 100.00 | 0.00 | 20.00 | 20.00 | 100.00 | 100.00 |
| GENERAL AND ADMINISTRATIVE | | | | | | | | | |
| PERMITS AND FEES | | | | | | | | | |
| Receiver Fees | 0.00 | 2,000.00 | 2,000.00 | 100.00 | 0.00 | 7,000.00 | 7,000.00 | 100.00 | 23,000.00 |
| TOTAL PERMITS AND FEES | 0.00 | 2,000.00 | 2,000.00 | 100.00 | 0.00 | 7,000.00 | 7,000.00 | 100.00 | 23,000.00 |
| Bank Charges | 163.03 | 250.00 | 86.97 | 34.79 | 163.03 | 500.00 | 336.97 | 67.39 | 2,500.00 |
| Postage/Courier | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 115.00 | 115.00 | 100.00 | 575.00 |
| Travel /Meals | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 500.00 | 500.00 | 100.00 | 2,500.00 |
| TOTAL ADMINISTRATIVE | 163.03 | 350.00 | 186.97 | 53.42 | 163.03 | 1,115.00 | 951.97 | 85.38 | 5,575.00 |
| TOTAL GENERAL AND ADMINISTRATIVE | 163.03 | 2,350.00 | 2,186.97 | 93.06 | 163.03 | 8,115.00 | 7,951.97 | 97.99 | 28,575.00 |
| TOTAL COMMERCIAL EXPENSES | 163.03 | 3,360.00 | 3,196.97 | 95.15 | 163.03 | 11,135.00 | 10,971.97 | 98.54 | 39,675.00 |
| TAXES | | | | | | | | | |
| Real Estate Tax | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 25,580.00 |
| TOTAL TAXES | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 25,580.00 |
| INSURANCE | | | | | | | | | |
| Property Insurance | 0.00 | 4,583.00 | 4,583.00 | 100.00 | 0.00 | 9,166.00 | 9,166.00 | 100.00 | 45,830.00 |
| TOTAL INSURANCE | 0.00 | 4,583.00 | 4,583.00 | 100.00 | 0.00 | 9,166.00 | 9,166.00 | 100.00 | 45,830.00 |
| TOTAL OPERATING EXPENSES | 163.03 | 7,943.00 | 7,779.97 | 97.95 | 163.03 | 20,301.00 | 20,137.97 | 99.20 | 111,085.00 |
| NET OPERATING INCOME | -163.03 | -7,943.00 | 7,779.97 | 97.95 | -163.03 | -20,301.00 | 20,137.97 | 99.20 | -111,085.00 |
| NET INCOME (LOSS) | -163.03 | -7,943.00 | 7,779.97 | 97.95 | -163.03 | -20,301.00 | 20,137.97 | 99.20 | -111,085.00 |

5

GlassRatner Management & Realty Advisors, LLC

Fowlers Holdings (6700)
## Trial Balance
Period = Apr 2013

Book = Cash ; Tree = ysi_tb

| | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|
| Cash - Operating | 0.00 | 18,777.12 | 0.00 | 18,777.12 |
| Contribution - Owner/Lender | 0.00 | 0.00 | 18,940.15 | -18,940.15 |
| Current Year Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Charges | 0.00 | 163.03 | 0.00 | 163.03 |
| **Total** | **0.00** | **18,940.15** | **18,940.15** | **0.00** |

**Payables Aging Report**

6700

Period: 04/2013

As of : 04/30/2013

| Payee | Payee Name | | Charge | Invoice # | Property | Invoice Date | | Invoice Date | Account No | Description | Original Amount | Current | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aon | AON Risk Services Inc. of Florida | GL Insurance | P-36725 | 6227 | 6700 | 3/14/2013 | 7095-0000 Property Insurance | 007-3633 Fowler | 4,203.42 | 0.00 | 4,203.42 | 0.00 | 0.00 GL Insurance |
| **Total aon** | | | | | | | | | | **4,203.42** | **0.00** | **4,203.42** | **0.00** | **0.00** |
| grrealty | GlassRatner Management Realty Advisors | | | | | | | | | | | | | |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6110-0000 | Utilities-Telephon | eFEB2013 Fowle | 5.71 | 0.00 | 0.00 | 5.71 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6314-0000 | Management - Se | eFEB2013 Fowle | 3,000.00 | 0.00 | 0.00 | 3,000.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6340-0000 | Receiver Fees | tFEB2013 Fowle | 1,780.00 | 0.00 | 0.00 | 1,780.00 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6495-0000 | Auto/Mileage Rei | mFEB2013 Fowle | 175.21 | 0.00 | 0.00 | 175.21 | 0.00 |
| | | | P-36680 | 6212 | 6700 | 2/28/2013 | 6525-0000 | Travel /Meals | tFEB2013 Fowle | 169.27 | 0.00 | 0.00 | 169.27 | 0.00 |
| | | | P-39798 | 6792 | 6700 | 3/31/2013 | 6110-0000 | Utilities-Telephon | eMAR2013 Fowl | 6.04 | 0.00 | 6.04 | 0.00 | 0.00 |
| | | | P-39798 | 6792 | 6700 | 3/31/2013 | 6340-0000 | Receiver Fees | tMAR2013 Fowl | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 0.00 |
| | | | P-39798 | 6792 | 6700 | 3/31/2013 | 6445-0000 | Computer Softwar | eMAR2013 Fowl | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 |
| | | | P-39798 | 6792 | 6700 | 3/31/2013 | 6500-0000 | Postage/Courier | tMAR2013 Fowl | 22.58 | 0.00 | 22.58 | 0.00 | 0.00 |
| | | | P-39798 | 6792 | 6700 | 3/31/2013 | 6525-0000 | Travel /Meals | tMAR2013 Fowl | 8.67 | 0.00 | 8.67 | 0.00 | 0.00 |
| **Total grrealty** | | | | | | | | | | **7,267.48** | **0.00** | **2,137.29** | **5,130.19** | **0.00** |
| seaspe | Seattle Specialty Insurance Services Inc | | | | | | | | | | | | | |
| | | | P-36011 | 6114 | 6700 | 3/8/2013 | 7095-0000 | Property Insuranc | e4142 March Fow | 4,553.27 | 0.00 | 4,553.27 | 0.00 | 0.00 |
| | | | P-36724 | 6227 | 6700 | 3/1/2013 | 7095-0000 | Property Insuranc | e4142 February Fo | 4,553.27 | 0.00 | 0.00 | 4,553.27 | 0.00 |
| | | | P-39889 | 6813 | 6700 | 4/5/2013 | 7095-0000 | Property Insuranc | e4142 April Fowl | 4,553.27 | 4,553.27 | 0.00 | 0.00 | 0.00 |
| **Total seaspe** | | | | | | | | | | **13,659.81** | **4,553.27** | **4,553.27** | **4,553.27** | **0.00** |
| **Grand Total** | | | | | | | | | | **25,130.71** | **4,553.27** | **10,893.98** | **9,683.46** | **0.00** |

7

GlassRatner Management & Realty Advisors, LLC

## Fowlers OP Acct
## Bank Reconciliation Report
## 04/30/2013

05/08/2013

**Balance Per Bank Statement as of 04/30/2013**          18,777.12

              **Reconciled Bank Balance**          18,777.12

**Balance per GL as of 04/30/2013**          18,777.12

              **Reconciled Balance Per G/L**          18,777.12

**Difference**          (Reconciled Bank Balance And Reconciled Balance Per G/L)          **0.00**

# Analyzed Business Checking

Account number: **1509126080** ■ April 1, 2013 - April 30, 2013 ■ Page 1 of 2



GR MANAGEMENT LLC
FOWLERS HOLING LLLP-OPERATING
3424 PEACHTREE RD NE
SUITE 2150
ATLANTA GA 30326-1118

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (297)
City of Atlanta Business Bkg
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1509126080 | $0.00 | $18,940.15 | -$163.03 | $18,777.12 |

### Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/24 | 18,940.15 | WT Fed#08490 Certusbank, NA /Org=Certusbank NA Srf# 0532081180006560 Trn#130424113563 Rfb# |
| | | **$18,940.15** | **Total electronic deposits/bank credits** |
| | | **$18,940.15** | **Total credits** |

### Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/11 | 163.03 | Client Analysis Srvc Chrg 130410 Svc Chge 0313 000001509126080 |
| | | **$163.03** | **Total electronic debits/bank debits** |
| | | **$163.03** | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 0.00 | 04/11 | -163.03 | 04/24 | 18,777.12 |
| | **Average daily ledger balance** | **$4,310.68** | | | |

Account number: **1509126080**   ■   April 1, 2013 - April 30, 2013   ■   Page 2 of 2



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.