

# FOWLERS HOLDINGS

## Lenoir City, TN

### October 2013

# Table of Contents

| Report Name | Page # |
|---|---|
| Property Status Report | -3- |
| Balance Sheet | -4- |
| Budget Comparison | -5- |
| Trial Balance | -6- |
| Aged Payables | -7- |
| Bank Reconciliation | -8- |
| Bank Statement – Operating Account | -9- |



**GLASSRATNER**
MANAGEMENT & REALTY ADVISORS

**Fowler Holdings - 14542 El Camino Lane, Lenoir City, TN 37771**
**Status Report**

As of: 11/11/13

The property consists of a fully occupied 128,016 sf warehouse building and 80 sf free-standing single room storage shed located on 53.07 acres. Fowler Furniture occupies 125,516 sf and 730 WLIL radio station occupies 2,500 sf in the main building. The storage shed is occupied by Computerman Laptop & Computer Repair. GlassRatner was appointed Receiver on February 5, 2013.

| SUBJECT | TASK DESCRIPTION | STATUS |
|---|---|---|
| Site and Exterior | Tenant/borrower has been maintaining the site and building exterior which are both in good condition. | Complete |
| Leasing | • The lease between Fowler Holdings and Fowler Furniture began on 7/1/2012 and provides for a rent payment of $30,000/month until 12/31/17 with landlord repairs limited to structural repairs, plumbing and/or piping outside of the demised space. Borrower is paying monthly rent to lender directly.<br>• No lease is available for 730 WLIL and the station's broadcaster (Norm) did not have any details of the lease arrangement. He did comment that the station was owned by Don Fowler.<br>• No lease was presented for shed occupied by Computerman Laptop & Computer Repair. The owner (Clyde) indicated that he had a monthly payment arrangement directly with Don Fowler and would not share details. Counsel for borrower, Dean Farmer, indicated that the tenant provides security for the lot and building in lieu of rent. | No rent collection is anticipated as borrower is paying monthly rent to lender directly. |
| Fire and Life Safety | • Lease does not directly address which party is responsible for fire sprinkler, interior pool/reservoir and alarm maintenance and compliance, however it is the Receiver's understanding that the Tenant is responsible for these items.<br>• At takeover, GlassRatner noticed outdated or missing inspection tags on the fire sprinkler system, fire alarm system and fire extinguishers.<br>• GlassRatner dispatched the previous sprinkler inspection company (State Sprinkler) to perform the annual inspection and also contacted the fire and burglar alarm monitoring company (Alarm Specialty) that services the onsite equipment. Specialty Alarm indicated that the annual fire alarm inspection has been refused by tenant/borrower for several years. Since Specialty Alarm also services the company's burglar alarms which are on the same panel as the fire alarm, the tenant/borrower would need to coordinate the inspection directly with Specialty Alarm since it requires pass codes to access.<br>• Advised tenant to service extinguishers directly which is customary for industrial tenants. | • Annual sprinkler inspection completed by tenant<br>• No evidence that annual alarm inspection was completed by tenant despite request by Receiver |
| Utilities | Tenant/borrower contracts directly for all necessary utilities to the property. | Complete |
| Insurance | • Receiver placed a property and general liability policy through AON immediately upon being appointed Receiver. This policy was subsequently canceled in April 2013 after receiving confirmation from CertusBank that tenant/borrower's policy provides adequate coverage.<br>• Borrower's policy includes:<br>  - Property ($4.75M) and Commercial Liability – Auto-Owners Insurance Co, Policy No. 03096527-13, effective 2/1/13 to 2/1/14 | A request was made to borrower's insurance agent to add GlassRatner Advisory & Capital Group, GlassRatner Management & Realty Advisors and Ronald L. Glass as additional insured. Only GlassRatner Management and Realty Advisors was added and only as a certificate holder, not as an additional insured. Request was resent to add the remaining two entities and ensure all are included as additional insured. Agent was waiting on the original endorsement to be received before modifying for the additional insured. |
| Real Estate Taxes | • Loudon County Property ID# 004 00400 000; all taxes up to date; 2012 bill of $102 paid on 12/26/12<br>• Loudon County Property ID# 004 00400 001; all taxes up to date; 2012 bill of $25,478 paid on 12/21/12 | Assumption is that tenant/borrower will pay 2013 taxes due in December as they did in 2012 and as stipulated in the lease. |
| Fees | For the month ending 10/31/13 the Receiver fee charged is $2,000.00.<br>Total fees charged to date through 10/31/13 is $ 20,780.00.<br>Total fees paid to date through 10/31/13 is $ 16,780.00.<br>Fees payable at 10/31/13 are $4,000.00. | |

GlassRatner Management & Realty Advisors LLC

Fowlers Holdings (6700)
# Balance Sheet
Period = Oct 2013

Book = Cash ; Tree = ysi_bs

| Account | Description | Current Balance |
|---|---|---:|
| 1000-0000 | ASSETS | |
| 1100-0000 | CASH | |
| 1110-0000 | Cash - Operating | 73.85 |
| 1199-9999 | TOTAL CASH | 73.85 |
| 1999-9999 | TOTAL ASSETS | 73.85 |
| 2000-0000 | LIABILITIES AND CAPITAL | |
| 3000-0000 | CAPITAL | |
| 3020-0000 | Contribution - Owner/Lender | 36,373.84 |
| 3080-0000 | Current Year Earnings | -36,299.99 |
| 3995-9999 | TOTAL CAPITAL | 73.85 |
| 3999-9999 | TOTAL LIABILITIES AND CAPITAL | 73.85 |

GlassRatner Management & Realty Advisors, LLC

Fowlers Holdings (6700)
**Budget Comparison**
Period = Oct 2013
Book = Cash ; Tree = ysl_is

| Account | Description | PTD Actual | PTD Budget | Variance | % Var | YTD Actual | YTD Budget | Variance | % Var | Annual |
|---|---|---|---|---|---|---|---|---|---|---|
| 5000-0000 | OPERATING EXPENSES | | | | | | | | | |
| 6001-0000 | COMMERCIAL EXPENSES | | | | | | | | | |
| 6002-0000 | REPAIRS AND MAINTENANCE | | | | | | | | | |
| 6026-0000 | Landscaping | 0.00 | 400.00 | 400.00 | 100.00 | 0.00 | 3,200.00 | 3,200.00 | 100.00 | 4,000.00 |
| 6036-0000 | Miscellaneous | 0.00 | 500.00 | 500.00 | 100.00 | 0.00 | 4,000.00 | 4,000.00 | 100.00 | 5,000.00 |
| 6184-9999 | TOTAL REPAIRS AND MAINTENANCE | 0.00 | 900.00 | 900.00 | 100.00 | 0.00 | 7,200.00 | 7,200.00 | 100.00 | 9,000.00 |
| 6185-0000 | INSPECTIONS | | | | | | | | | |
| 6191-0000 | Fire and Life Safety Inspection | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 1,000.00 | 1,000.00 | 100.00 | 1,000.00 |
| 6192-0000 | Fire and Life Safety Monitoring | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 800.00 | 800.00 | 100.00 | 1,000.00 |
| 6199-9999 | TOTAL INSPECTIONS | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 1,800.00 | 1,800.00 | 100.00 | 2,000.00 |
| 6200-0000 | UTILITIES | | | | | | | | | |
| 6210-0000 | Utilities-Telephone/Internet/Answering Service | 0.00 | 10.00 | 10.00 | 100.00 | 17.02 | 80.00 | 62.98 | 78.72 | 100.00 |
| 6219-9999 | TOTAL UTILITIES | 0.00 | 10.00 | 10.00 | 100.00 | 17.02 | 80.00 | 62.98 | 78.72 | 100.00 |
| 6300-0000 | GENERAL AND ADMINISTRATIVE | | | | | | | | | |
| 6305-0000 | PERMITS AND FEES | | | | | | | | | |
| 6334-0000 | Management - Setup & Close Out Fees | 0.00 | 0.00 | 0.00 | N/A | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 3,000.00 |
| 6340-0000 | Receiver Fees | 4,000.00 | 2,000.00 | -2,000.00 | -100.00 | 13,780.00 | 16,000.00 | 2,220.00 | 13.88 | 20,000.00 |
| 6399-9999 | TOTAL PERMITS AND FEES | 4,000.00 | 2,000.00 | -2,000.00 | -100.00 | 16,780.00 | 19,000.00 | 2,220.00 | 11.68 | 23,000.00 |
| 6435-0000 | Bank Charges | 40.30 | 250.00 | 209.70 | 83.88 | 426.15 | 2,000.00 | 1,573.85 | 78.69 | 2,500.00 |
| 6445-0000 | Computer Software | 200.00 | 0.00 | -200.00 | N/A | 600.00 | 0.00 | -600.00 | N/A | 0.00 |
| 6495-0000 | Auto/Mileage Reimbursement | 89.46 | 0.00 | -89.46 | N/A | 264.67 | 0.00 | -264.67 | N/A | 0.00 |
| 6500-0000 | Postage/Courier | 35.28 | 100.00 | 64.72 | 64.72 | 159.58 | 460.00 | 300.42 | 65.31 | 575.00 |
| 6525-0000 | Travel /Meals | 11.40 | 0.00 | -11.40 | N/A | 189.34 | 2,000.00 | 1,810.66 | 90.53 | 2,500.00 |
| 6549-9999 | TOTAL ADMINISTRATIVE | 376.44 | 350.00 | -26.44 | -7.55 | 1,639.74 | 4,460.00 | 2,820.26 | 63.23 | 5,575.00 |
| 6699-9999 | TOTAL GENERAL AND ADMINISTRATIVE | 4,376.44 | 2,350.00 | -2,026.44 | -86.23 | 18,419.74 | 23,460.00 | 5,040.26 | 21.48 | 28,575.00 |
| 6999-9999 | TOTAL COMMERCIAL EXPENSES | 4,376.44 | 3,360.00 | -1,016.44 | -30.25 | 18,436.76 | 32,540.00 | 14,103.24 | 43.34 | 39,675.00 |
| 7005-0000 | TAXES | | | | | | | | | |
| 7025-0000 | Real Estate Tax | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 25,580.00 |
| 7049-9999 | TOTAL TAXES | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 25,580.00 |
| 7090-0000 | INSURANCE | | | | | | | | | |
| 7095-0000 | Property Insurance | 0.00 | 4,583.00 | 4,583.00 | 100.00 | 17,863.23 | 36,664.00 | 18,800.77 | 51.28 | 45,830.00 |
| 7099-9999 | TOTAL INSURANCE | 0.00 | 4,583.00 | 4,583.00 | 100.00 | 17,863.23 | 36,664.00 | 18,800.77 | 51.28 | 45,830.00 |
| 7498-9999 | TOTAL OPERATING EXPENSES | 4,376.44 | 7,943.00 | 3,566.56 | 44.90 | 36,299.99 | 69,204.00 | 32,904.01 | 47.55 | 111,085.00 |
| 7499-9999 | NET OPERATING INCOME | -4,376.44 | -7,943.00 | 3,566.56 | 44.90 | -36,299.99 | -69,204.00 | 32,904.01 | 47.55 | -111,085.00 |
| 9899-9999 | NET INCOME (LOSS) | -4,376.44 | -7,943.00 | 3,566.56 | 44.90 | -36,299.99 | -69,204.00 | 32,904.01 | 47.55 | -111,085.00 |

GlassRatner Management & Realty Advisors, LLC

Fowlers Holdings (6700)
## Trial Balance
Period = Oct 2013

Book = Cash ; Tree = ysi_tb

|  |  | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1110-0000 | Cash - Operating | 114.15 | 0.00 | 40.30 | 73.85 |
| 3020-0000 | Contribution - Owner/Lender | -32,037.70 | 0.00 | 4,336.14 | -36,373.84 |
| 3080-0000 | Current Year Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 6210-0000 | Utilities-Telephone/Internet/Answering Service | 17.02 | 0.00 | 0.00 | 17.02 |
| 6334-0000 | Management - Setup & Close Out Fees | 3,000.00 | 0.00 | 0.00 | 3,000.00 |
| 6340-0000 | Receiver Fees | 9,780.00 | 4,000.00 | 0.00 | 13,780.00 |
| 6435-0000 | Bank Charges | 385.85 | 40.30 | 0.00 | 426.15 |
| 6445-0000 | Computer Software | 400.00 | 200.00 | 0.00 | 600.00 |
| 6495-0000 | Auto/Mileage Reimbursement | 175.21 | 89.46 | 0.00 | 264.67 |
| 6500-0000 | Postage/Courier | 124.30 | 35.28 | 0.00 | 159.58 |
| 6525-0000 | Travel /Meals | 177.94 | 11.40 | 0.00 | 189.34 |
| 7095-0000 | Property Insurance | 17,863.23 | 0.00 | 0.00 | 17,863.23 |
|  | **Total** | **0.00** | **4,376.44** | **4,376.44** | **0.00** |

# Payables Aging Report

6700

Period: 10/2013

As of : 10/31/2013

| Payee Code | Payee Name | Invoice Notes | Control | Batch Id | Property | Invoice Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| grrealty | GlassRatner Management Realty Advisors | | | | | | | | | | | | |
| | | | P-68753 | 12174 | 6700 | 9/30/2013 | 6340-0000 Receiver Fees | 2013 Fowler Ho | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 0.00 |
| | | | P-68753 | 12174 | 6700 | 9/30/2013 | 6445-0000 Computer Softwar | 2013 Fowler Ho | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 |
| | | | P-68753 | 12174 | 6700 | 9/30/2013 | 6500-0000 Postage/Courier | 2013 Fowler Ho | 56.00 | 0.00 | 56.00 | 0.00 | 0.00 |
| **Total grrealty** | | | | | | | | | **2,156.00** | **0.00** | **2,156.00** | **0.00** | **0.00** |
| **Grand Total** | | | | | | | | | **2,156.00** | **0.00** | **2,156.00** | **0.00** | **0.00** |

GlassRatner Management & Realty Advisors, LLC

# Fowlers OP Acct
# Bank Reconciliation Report
# 10/31/2013

11/04/2013

| | |
|---|---:|
| **Balance Per Bank Statement as of 10/31/2013** | 73.85 |
| **Reconciled Bank Balance** | 73.85 |
| | |
| **Balance per GL as of 10/31/2013** | 73.85 |
| **Reconciled Balance Per G/L** | 73.85 |
| **Difference** (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

## Cleared Items :

### Cleared Checks

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 10/11/2013 | 107 | grrealty - GlassRatner Management Realty Advisors | 4,336.14 | 10/31/2013 |
| **Total Cleared Checks** | | | **4,336.14** | |

### Cleared Other Items

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 10/11/2013 | JE 33311 | Funding Received | 4,336.14 | 10/31/2013 |
| 10/11/2013 | JE 34897 | Bank Fee | -40.30 | 10/31/2013 |
| **Total Cleared Other Items** | | | **4,295.84** | |

GlassRatner Management & Realty Advisors, LLC

# Analyzed Business Checking

Account number: **1509126080** ■ October 1, 2013 - October 31, 2013 ■ Page 1 of 2



GR MANAGEMENT LLC
FOWLERS HOLING LLLP-OPERATING
3424 PEACHTREE RD NE STE 2150
ATLANTA GA 30326-1156

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
City of Atlanta Business Bkg
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1509126080 | $114.15 | $4,336.14 | -$4,376.44 | $73.85 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/11 | 4,336.14 | Desktop Check Deposit |
| | | $4,336.14 | Total electronic deposits/bank credits |
| | | $4,336.14 | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/11 | 40.30 | Client Analysis Srvc Chrg 131010 Svc Chge 0913 000001509126080 |
| | | $40.30 | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date |
|---|---|---|
| 107 | 4,336.14 | 10/18 |
| | $4,336.14 | **Total checks paid** |
| | $4,376.44 | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 114.15 | 10/11 | 4,409.99 | 10/18 | 73.85 |

**Average daily ledger balance**  $1,065.97

Account number:  **1509126080**   ■   October 1, 2013 - October 31, 2013   ■   Page 2 of 2



 IMPORTANT ACCOUNT INFORMATION

Wells Fargo has not been counting all wire transfer activity for the services listed below. Beginning January 1, 2014, we will count all your wire transfer activity and this activity will appear on the monthly statement for your account.

Description
Wire-Outgoing Intl USD-CEO:  $25 each
Corp Swift Domestic Wire:  $9 each
Wire Intl Letter/Fax Non Repetitive:  $42 each
Wire Intl Letter/Fax Repetitive:  $37 each
Corp Swift International Wire:  $26 each
Wire In Swift MT103-Beneficiary:  $8.50 each
Wire Out Intl-Voice Non Repetitive:  $45 each
Wire Out Intl-Voice Repetitive:  $40 each
Wire Out International-Branch:  $45 each
Wire Out Intl-Auto Standing:  $20 each
Payment Manager Wire Out Intl USD:  $26 each
Wire In Swift MT103-Originator:  $12 each

If you have any questions, please contact your local banker or call the phone number listed at the top of your statement.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.