

**GLASSRATNER**
MANAGEMENT & REALTY ADVISORS

**FOWLERS HOLDINGS**

**Lenoir City, TN**

**November 2013**

# Table of Contents

| Report Name | Page # |
|---|---|
| Balance Sheet | -3- |
| Budget Comparison | -4- |
| Trial Balance | -5- |
| Aged Payables | n/a |
| Bank Reconciliation | -6- |
| Bank Statement – Operating Account | -7- |

Fowlers Holdings (6700)
# Balance Sheet
Period = Nov 2013

Book = Cash ; Tree = ysi_bs

| Account | Description | Current Balance |
|---|---|---:|
| 1000-0000 | ASSETS | |
| 1100-0000 | CASH | |
| 1110-0000 | Cash - Operating | 101.13 |
| 1199-9999 | TOTAL CASH | 101.13 |
| 1999-9999 | TOTAL ASSETS | 101.13 |
| 2000-0000 | LIABILITIES AND CAPITAL | |
| 3000-0000 | CAPITAL | |
| 3020-0000 | Contribution - Owner/Lender | 40,729.84 |
| 3080-0000 | Current Year Earnings | -40,628.71 |
| 3995-9999 | TOTAL CAPITAL | 101.13 |
| 3999-9999 | TOTAL LIABILITIES AND CAPITAL | 101.13 |

Fowlers Holdings (6700)
## Budget Comparison
Period = Nov 2013
Book = Cash ; Tree = ysi_is

| | | PTD Actual | PTD Budget | Variance | % Var | YTD Actual | YTD Budget | Variance | % Var | Annual |
|---|---|---|---|---|---|---|---|---|---|---|
| 5000-0000 | OPERATING EXPENSES | | | | | | | | | |
| 6001-0000 | COMMERCIAL EXPENSES | | | | | | | | | |
| 6002-0000 | REPAIRS AND MAINTENANCE | | | | | | | | | |
| 6026-0000 | Landscaping | 0.00 | 400.00 | 400.00 | 100.00 | 0.00 | 3,600.00 | 3,600.00 | 100.00 | 4,000.00 |
| 6036-0000 | Miscellaneous | 0.00 | 500.00 | 500.00 | 100.00 | 0.00 | 4,500.00 | 4,500.00 | 100.00 | 5,000.00 |
| 6184-9999 | TOTAL REPAIRS AND MAINTENANCE | 0.00 | 900.00 | 900.00 | 100.00 | 0.00 | 8,100.00 | 8,100.00 | 100.00 | 9,000.00 |
| 6185-0000 | INSPECTIONS | | | | | | | | | |
| 6191-0000 | Fire and Life Safety Inspection | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 1,000.00 | 1,000.00 | 100.00 | 1,000.00 |
| 6192-0000 | Fire and Life Safety Monitoring | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 900.00 | 900.00 | 100.00 | 1,000.00 |
| 6199-9999 | TOTAL INSPECTIONS | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 1,900.00 | 1,900.00 | 100.00 | 2,000.00 |
| 6200-0000 | UTILITIES | | | | | | | | | |
| 6210-0000 | Utilities-Telephone/Internet/Answering Service | 0.00 | 10.00 | 10.00 | 100.00 | 17.02 | 90.00 | 72.98 | 81.09 | 100.00 |
| 6219-9999 | TOTAL UTILITIES | 0.00 | 10.00 | 10.00 | 100.00 | 17.02 | 90.00 | 72.98 | 81.09 | 100.00 |
| 6300-0000 | GENERAL AND ADMINISTRATIVE | | | | | | | | | |
| 6305-0000 | PERMITS AND FEES | | | | | | | | | |
| 6334-0000 | Management - Setup & Close Out Fees | 0.00 | 0.00 | 0.00 | N/A | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 3,000.00 |
| 6340-0000 | Receiver Fees | 4,000.00 | 2,000.00 | -2,000.00 | -100.00 | 17,780.00 | 18,000.00 | 220.00 | 1.22 | 20,000.00 |
| 6399-9999 | TOTAL PERMITS AND FEES | 4,000.00 | 2,000.00 | -2,000.00 | -100.00 | 20,780.00 | 21,000.00 | 220.00 | 1.05 | 23,000.00 |
| 6435-0000 | Bank Charges | 41.86 | 250.00 | 208.14 | 83.26 | 468.01 | 2,250.00 | 1,781.99 | 79.20 | 2,500.00 |
| 6445-0000 | Computer Software | 200.00 | 0.00 | -200.00 | N/A | 800.00 | 0.00 | -800.00 | N/A | 0.00 |
| 6495-0000 | Auto/Mileage Reimbursement | 0.00 | 0.00 | 0.00 | N/A | 264.67 | 0.00 | -264.67 | N/A | 0.00 |
| 6500-0000 | Postage/Courier | 86.86 | 15.00 | -71.86 | -479.07 | 246.44 | 475.00 | 228.56 | 48.12 | 575.00 |
| 6525-0000 | Travel /Meals | 0.00 | 500.00 | 500.00 | 100.00 | 189.34 | 2,500.00 | 2,310.66 | 92.43 | 2,500.00 |
| 6549-9999 | TOTAL ADMINISTRATIVE | 328.72 | 765.00 | 436.28 | 57.03 | 1,968.46 | 5,225.00 | 3,256.54 | 62.33 | 5,575.00 |
| 6699-9999 | TOTAL GENERAL AND ADMINISTRATIVE | 4,328.72 | 2,765.00 | -1,563.72 | -56.55 | 22,748.46 | 26,225.00 | 3,476.54 | 13.26 | 28,575.00 |
| 6999-9999 | TOTAL COMMERCIAL EXPENSES | 4,328.72 | 3,775.00 | -553.72 | -14.67 | 22,765.48 | 36,315.00 | 13,549.52 | 37.31 | 39,675.00 |
| 7005-0000 | TAXES | | | | | | | | | |
| 7025-0000 | Real Estate Tax | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 25,580.00 |
| 7049-9999 | TOTAL TAXES | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 25,580.00 |
| 7090-0000 | INSURANCE | | | | | | | | | |
| 7095-0000 | Property Insurance | 0.00 | 4,583.00 | 4,583.00 | 100.00 | 17,863.23 | 41,247.00 | 23,383.77 | 56.69 | 45,830.00 |
| 7099-9999 | TOTAL INSURANCE | 0.00 | 4,583.00 | 4,583.00 | 100.00 | 17,863.23 | 41,247.00 | 23,383.77 | 56.69 | 45,830.00 |
| 7498-9999 | TOTAL OPERATING EXPENSES | 4,328.72 | 8,358.00 | 4,029.28 | 48.21 | 40,628.71 | 77,562.00 | 36,933.29 | 47.62 | 111,085.00 |
| 7499-9999 | NET OPERATING INCOME | -4,328.72 | -8,358.00 | 4,029.28 | 48.21 | -40,628.71 | -77,562.00 | 36,933.29 | 47.62 | -111,085.00 |
| 9899-9999 | NET INCOME (LOSS) | -4,328.72 | -8,358.00 | 4,029.28 | 48.21 | -40,628.71 | -77,562.00 | 36,933.29 | 47.62 | -111,085.00 |

4

GlassRatner Management & Realty Advisors, LLC

Fowlers Holdings (6700)

## Trial Balance

Period = Nov 2013
Book = Cash ; Tree = ysi_tb

| Account | Description | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1110-0000 | Cash - Operating | 73.85 | 27.28 | 0.00 | 101.13 |
| 3020-0000 | Contribution - Owner/Lender | -36,373.84 | 0.00 | 4,356.00 | -40,729.84 |
| 3080-0000 | Current Year Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 6210-0000 | Utilities-Telephone/Internet/Answering Service | 17.02 | 0.00 | 0.00 | 17.02 |
| 6334-0000 | Management - Setup & Close Out Fees | 3,000.00 | 0.00 | 0.00 | 3,000.00 |
| 6340-0000 | Receiver Fees | 13,780.00 | 4,000.00 | 0.00 | 17,780.00 |
| 6435-0000 | Bank Charges | 426.15 | 41.86 | 0.00 | 468.01 |
| 6445-0000 | Computer Software | 600.00 | 200.00 | 0.00 | 800.00 |
| 6495-0000 | Auto/Mileage Reimbursement | 264.67 | 0.00 | 0.00 | 264.67 |
| 6500-0000 | Postage/Courier | 159.58 | 86.86 | 0.00 | 246.44 |
| 6525-0000 | Travel /Meals | 189.34 | 0.00 | 0.00 | 189.34 |
| 7095-0000 | Property Insurance | 17,863.23 | 0.00 | 0.00 | 17,863.23 |
| | **Total** | **0.00** | **4,356.00** | **4,356.00** | **0.00** |

# Fowlers OP Acct
# Bank Reconciliation Report
# 11/30/2013

12/02/2013

| | |
|---|---:|
| **Balance Per Bank Statement as of 11/30/2013** | 101.13 |
| **Reconciled Bank Balance** | 101.13 |
| | |
| **Balance per GL as of 11/30/2013** | 101.13 |
| **Reconciled Balance Per G/L** | 101.13 |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 11/21/2013 | 108 | grrealty - GlassRatner Management Realty Advisors | 4,286.86 | 11/30/2013 |
| **Total Cleared Checks** | | | **4,286.86** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 11/12/2013 | JE 37309 | Bank Fees | -41.86 | 11/30/2013 |
| 11/21/2013 | JE 36843 | Funding Received | 4,356.00 | 11/30/2013 |
| **Total Cleared Other Items** | | | **4,314.14** | |

# Analyzed Business Checking

Account number: **1509126080**  ■ November 1, 2013 - November 30, 2013  ■ Page 1 of 2



GR MANAGEMENT LLC
FOWLERS HOLING LLLP-OPERATING
3424 PEACHTREE RD NE STE 2150
ATLANTA GA 30326-1156

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
City of Atlanta Business Bkg
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1509126080 | $73.85 | $4,356.00 | -$4,328.72 | $101.13 |

### Credits

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 11/21 | 4,356.00 | Desktop Check Deposit |
|  |  | **$4,356.00** | **Total electronic deposits/bank credits** |
|  |  | **$4,356.00** | **Total credits** |

### Debits

#### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 11/12 | 41.86 | Client Analysis Srvc Chrg 131108 Svc Chge 1013 000001509126080 |
|  |  | **$41.86** | **Total electronic debits/bank debits** |

#### Checks paid

| Number | Amount | Date |
|---|---|---|
|  | 4,286.86 | 11/22 |
|  | **$4,286.86** | **Total checks paid** |
|  | **$4,328.72** | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 73.85 | 11/21 | 4,387.99 | 11/22 | 101.13 |
| 11/12 | 31.99 |  |  |  |  |
|  | **Average daily ledger balance** | $213.28 |  |  |  |

Account number: **1509126080**  ■ November 1, 2013 - November 30, 2013  ■ Page 2 of 2



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.