RECEIVED
CLERK'S OFFICE
2014 JAN 14  AM 10:44
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CASE NO.: 5:12-cv-233 (WLS)

CERTUSBANK, N.A.,

    Plaintiff,

vs.

FOWLERS HOLDINGS LLLP, et al.,

    Defendants.

_____/

## NOTICE OF FILING OF RECEIVER REPORT

GlassRatner Management and Realty Advisors, LLC, court-appointed Receiver ("Receiver"), hereby gives notice of filing of the December 2013 Receiver Report.

Respectfully submitted,

Donna Carr, Controller-Commercial Properties, For
GlassRatner Management & Realty Advisors LLC
(Receiver)
3424 Peachtree Road Suite 2150
Atlanta, GA  30326
678-399-8448



# GLASSRATNER
## MANAGEMENT & REALTY ADVISORS

**FOWLERS HOLDINGS**

Lenoir City, TN

<u>December 2013</u>

# Table of Contents

| Report Name | Page # |
|---|---|
| Balance Sheet | -3- |
| Budget Comparison | -4- |
| Trial Balance | -5- |
| Aged Payables | -6- |
| Bank Reconciliation | -7- |
| Bank Statement – Operating Account | -8- |

Fowlers Holdings (6700)
# Balance Sheet
Period = Dec 2013

Book = Cash ; Tree = ysi_bs

| Account | Description | Current Balance |
|---|---|---:|
| 1000-0000 | ASSETS | |
| 1100-0000 | CASH | |
| 1110-0000 | Cash - Operating | 59.85 |
| 1199-9999 | TOTAL CASH | 59.85 |
| 1999-9999 | TOTAL ASSETS | 59.85 |
| 2000-0000 | LIABILITIES AND CAPITAL | |
| 3000-0000 | CAPITAL | |
| 3020-0000 | Contribution - Owner/Lender | 40,729.84 |
| 3080-0000 | Current Year Earnings | -40,669.99 |
| 3995-9999 | TOTAL CAPITAL | 59.85 |
| 3999-9999 | TOTAL LIABILITIES AND CAPITAL | 59.85 |

GlassRatner Management & Realty Advisors, LLC

Fowlers Holdings (6700)
**Budget Comparison**
Period = Dec 2013
Book = Cash ; Tree = ysi_ts

| Account | Description | PTD Actual | PTD Budget | Variance | % Var | YTD Actual | YTD Budget | Variance | % Var | Annual |
|---|---|---|---|---|---|---|---|---|---|---|
| 5000-0000 | OPERATING EXPENSES | | | | | | | | | |
| 6001-0000 | COMMERCIAL EXPENSES | | | | | | | | | |
| 6002-0000 | REPAIRS AND MAINTENANCE | | | | | | | | | |
| 6026-0000 | Landscaping | 0.00 | 400.00 | 400.00 | 100.00 | 0.00 | 4,000.00 | 4,000.00 | 100.00 | 4,000.00 |
| 6036-0000 | Miscellaneous | 0.00 | 500.00 | 500.00 | 100.00 | 0.00 | 5,000.00 | 5,000.00 | 100.00 | 5,000.00 |
| 6184-9999 | TOTAL REPAIRS AND MAINTENANCE | 0.00 | 900.00 | 900.00 | 100.00 | 0.00 | 9,000.00 | 9,000.00 | 100.00 | 9,000.00 |
| 6185-0000 | INSPECTIONS | | | | | | | | | |
| 6191-0000 | Fire and Life Safety Inspection | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 1,000.00 | 1,000.00 | 100.00 | 1,000.00 |
| 6192-0000 | Fire and Life Safety Monitoring | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 1,000.00 | 1,000.00 | 100.00 | 1,000.00 |
| 6199-9999 | TOTAL INSPECTIONS | 0.00 | 100.00 | 100.00 | 100.00 | 0.00 | 2,000.00 | 2,000.00 | 100.00 | 2,000.00 |
| 6200-0000 | UTILITIES | | | | | | | | | |
| 6210-0000 | Utilities-Telephone/Internet/Answering Service | 0.00 | 10.00 | 10.00 | 100.00 | 17.02 | 100.00 | 82.98 | 82.98 | 100.00 |
| 6219-9999 | TOTAL UTILITIES | 0.00 | 10.00 | 10.00 | 100.00 | 17.02 | 100.00 | 82.98 | 82.98 | 100.00 |
| 6300-0000 | GENERAL AND ADMINISTRATIVE | | | | | | | | | |
| 6305-0000 | PERMITS AND FEES | | | | | | | | | |
| 6334-0000 | Management - Setup & Close Out Fees | 0.00 | 0.00 | 0.00 | N/A | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 3,000.00 |
| 6340-0000 | Receiver Fees | 0.00 | 2,000.00 | 2,000.00 | 100.00 | 17,780.00 | 20,000.00 | 2,220.00 | 11.10 | 20,000.00 |
| 6399-9999 | TOTAL PERMITS AND FEES | 0.00 | 2,000.00 | 2,000.00 | 100.00 | 20,780.00 | 23,000.00 | 2,220.00 | 9.65 | 23,000.00 |
| 6435-0000 | Bank Charges | 41.28 | 250.00 | 208.72 | 83.49 | 509.29 | 2,500.00 | 1,990.71 | 79.63 | 2,500.00 |
| 6445-0000 | Computer Software | 0.00 | 0.00 | 0.00 | N/A | 800.00 | 0.00 | -800.00 | N/A | 0.00 |
| 6495-0000 | Auto/Mileage Reimbursement | 0.00 | 0.00 | 0.00 | N/A | 264.67 | 0.00 | -264.67 | N/A | 0.00 |
| 6500-0000 | Postage/Courier | 0.00 | 100.00 | 100.00 | 100.00 | 246.44 | 575.00 | 328.56 | 57.14 | 575.00 |
| 6525-0000 | Travel /Meals | 0.00 | 0.00 | 0.00 | N/A | 189.34 | 2,500.00 | 2,310.66 | 92.43 | 2,500.00 |
| 6549-9999 | TOTAL ADMINISTRATIVE | 41.28 | 350.00 | 308.72 | 88.21 | 2,009.74 | 5,575.00 | 3,565.26 | 63.95 | 5,575.00 |
| 6699-9999 | TOTAL GENERAL AND ADMINISTRATIVE | 41.28 | 2,350.00 | 2,308.72 | 98.24 | 22,789.74 | 28,575.00 | 5,785.26 | 20.25 | 28,575.00 |
| 6999-9999 | TOTAL COMMERCIAL EXPENSES | 41.28 | 3,360.00 | 3,318.72 | 98.77 | 22,806.76 | 39,675.00 | 16,868.24 | 42.52 | 39,675.00 |
| 7005-0000 | TAXES | | | | | | | | | |
| 7025-0000 | Real Estate Tax | 0.00 | 25,580.00 | 25,580.00 | 100.00 | 0.00 | 25,580.00 | 25,580.00 | 100.00 | 25,580.00 |
| 7049-9999 | TOTAL TAXES | 0.00 | 25,580.00 | 25,580.00 | 100.00 | 0.00 | 25,580.00 | 25,580.00 | 100.00 | 25,580.00 |
| 7090-0000 | INSURANCE | | | | | | | | | |
| 7095-0000 | Property Insurance | 0.00 | 4,583.00 | 4,583.00 | 100.00 | 17,863.23 | 45,830.00 | 27,966.77 | 61.02 | 45,830.00 |
| 7099-9999 | TOTAL INSURANCE | 0.00 | 4,583.00 | 4,583.00 | 100.00 | 17,863.23 | 45,830.00 | 27,966.77 | 61.02 | 45,830.00 |
| 7498-9999 | TOTAL OPERATING EXPENSES | 41.28 | 33,523.00 | 33,481.72 | 99.88 | 40,669.99 | 111,085.00 | 70,415.01 | 63.39 | 111,085.00 |
| 7499-9999 | NET OPERATING INCOME | -41.28 | -33,523.00 | 33,481.72 | 99.88 | -40,669.99 | -111,085.00 | 70,415.01 | 63.39 | -111,085.00 |
| 9899-9999 | NET INCOME (LOSS) | -41.28 | -33,523.00 | 33,481.72 | 99.88 | -40,669.99 | -111,085.00 | 70,415.01 | 63.39 | -111,085.00 |

4

GlassRatner Management & Realty Advisors, LLC

Fowlers Holdings (6700)
## Trial Balance
Period = Dec 2013
Book = Cash ; Tree = ysi_tb

|  |  | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1110-0000 | Cash - Operating | 101.13 | 0.00 | 41.28 | 59.85 |
| 3020-0000 | Contribution - Owner/Lender | -40,729.84 | 0.00 | 0.00 | -40,729.84 |
| 3080-0000 | Current Year Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 6210-0000 | Utilities-Telephone/Internet/Answering Service | 17.02 | 0.00 | 0.00 | 17.02 |
| 6334-0000 | Management - Setup & Close Out Fees | 3,000.00 | 0.00 | 0.00 | 3,000.00 |
| 6340-0000 | Receiver Fees | 17,780.00 | 0.00 | 0.00 | 17,780.00 |
| 6435-0000 | Bank Charges | 468.01 | 41.28 | 0.00 | 509.29 |
| 6445-0000 | Computer Software | 800.00 | 0.00 | 0.00 | 800.00 |
| 6495-0000 | Auto/Mileage Reimbursement | 264.67 | 0.00 | 0.00 | 264.67 |
| 6500-0000 | Postage/Courier | 246.44 | 0.00 | 0.00 | 246.44 |
| 6525-0000 | Travel /Meals | 189.34 | 0.00 | 0.00 | 189.34 |
| 7095-0000 | Property Insurance | 17,863.23 | 0.00 | 0.00 | 17,863.23 |
|  | **Total** | **0.00** | **41.28** | **41.28** | **0.00** |

# Payables Aging Report

6700
Period: 12/2013
As of : 12/31/2013

| Payee Code | Payee Name | Invoice Notes | Control | Batch Id | Property | Invoice Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| grrealty | GlassRatner Management Realty Advisors | | | | | | | | | | | | | |
| | | | P-77046 | 14011 | 6700 | 11/30/2013 | 6340-0000 Receiver Fees | GRNOV2013 Fowler Holdings | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | |
| | | | P-77046 | 14011 | 6700 | 11/30/2013 | 6445-0000 Computer Software | GRNOV2013 Fowler Holdings | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 | |
| | | | P-77046 | 14011 | 6700 | 11/30/2013 | 6500-0000 Postage/Courier | GRNOV2013 Fowler Holdings | 30.74 | 0.00 | 30.74 | 0.00 | 0.00 | |
| **Total grrealty** | | | | | | | | | 2,130.74 | 0.00 | 2,130.74 | 0.00 | 0.00 | |
| **Grand Total** | | | | | | | | | 2,130.74 | 0.00 | 2,130.74 | 0.00 | 0.00 | |

GlassRatner Management & Realty Advisors, LLC

# Fowlers OP Acct
## Bank Reconciliation Report
## 12/31/2013

01/12/2014

| | |
|---|---:|
| **Balance Per Bank Statement as of 12/31/2013** | 59.85 |
| Reconciled Bank Balance | 59.85 |
| | |
| **Balance per GL as of 12/31/2013** | 59.85 |
| Reconciled Balance Per G/L | 59.85 |
| | |
| **Difference**  (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

## Cleared Items :

### Cleared Checks

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 11/21/2013 | 108 | grrealty - GlassRatner Management Realty Advisors | 4,286.86 | 11/30/2013 |
| **Total Cleared Checks** | | | **4,286.86** | |

### Cleared Other Items

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 11/12/2013 | JE 37309 | Bank Fees | -41.86 | 11/30/2013 |
| 11/21/2013 | JE 36843 | Funding Received | 4,356.00 | 11/30/2013 |
| 12/11/2013 | JE 40286 | Bank Service Charge | -41.28 | 12/31/2013 |
| **Total Cleared Other Items** | | | **4,272.86** | |

# Analyzed Business Checking

Account number: **1509126080**  ■ December 1, 2013 - December 31, 2013  ■ Page 1 of 2



GR MANAGEMENT LLC
FOWLERS HOLING LLLP-OPERATING
3424 PEACHTREE RD NE STE 2150
ATLANTA GA 30326-1156

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
City of Atlanta Business Bkg
P.O. Box 6995
Portland, OR 97228-6995

 IMPORTANT ACCOUNT INFORMATION

Getting ready for tax season can be a challenge! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1509126080 | $101.13 | $0.00 | -$41.28 | $59.85 |

### Debits

#### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/11 | 41.28 | Client Analysis Srvc Chrg 131210 Svc Chge 1113 000001509126080 |
| | | $41.28 | Total electronic debits/bank debits |
| | | $41.28 | Total debits |

### Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/30 | 101.13 | 12/11 | 59.85 |
| **Average daily ledger balance** | | **$73.16** | |

Account number: **1509126080**   ■   December 1, 2013 - December 31, 2013   ■   Page 2 of 2



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.